■ In the Matter of MORRIS BERGER, Respondent, v MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant. — Appeals by the Motor Vehicle Accident Indemnification Corporation (1) from an order of the Supreme Court, Queens County (Graci, J.), dated June 17, 1981, which granted petitioner's application to be excused from failing to file a timely report with the police department and (2) as limited by its brief, from so much of a further order of the same court, dated September 10, 1981, as, upon reargument, adhered to the original determination. Appeal from the order dated June 17, 1981 dismissed. That order was superseded by the order granting reargument. Order dated September 10, 1981 affirmed insofar as appealed from. No opinion. Petitioner is awarded one bill of $50 costs and disbursements. Titone, J. P., Lazer, Brown and Niehoff, JJ., concur.

■ In the Matter of CEESIDE ASSOCIATES, Petitioner, v BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Respondents. — Proceeding pursuant to CPLR article 78 to review a determination of the Board of Standards and Appeals of the City of New York, dated July 21, 1981 and made after a hearing, which denied petitioner's application for a use variance to convert an existing five-story building from a proprietary home for adults into a hotel in an R-5 district. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. The Board of Standards and Appeals of the City of New York did not abuse its discretion in denying petitioner's application for a variance (see Zoning Resolution of City of New York, § 72-21; *Matter of Otto v Steinhilber,* 282 NY 71). Damiani, J. P., Mangano, Gibbons and Boyers, JJ., concur.

■ In the Matter of CHEVRA BETH JACOB CHASEDEI STOLIN. CONGREGATION BETH MEDRESH CHEMED, Intervenor-Respondent; ARIE L. ASOVSKI et al., Appellants; ZALMAN KLEIN et al., Respondents; ROBERT ABRAMS, as Attorney-General of the State of New York, Proposed Intervenor-Respondent. — Appeal from a judgment of the Supreme Court, Kings County (Bellard, J.), dated March 11, 1981, which, *inter alia,* confirmed an arbitration award and the conveyance of certain realty. The appellants are hereby granted leave to intervene in the proceeding. Judgment affirmed, without costs or disbursements. No opinion. Mangano, J. P., Gulotta, O'Connor and Bracken, JJ., concur.